COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                           NO. 2-08-372-CV

 

IN RE LIONEL D. MURPHY,
JR.                                                  RELATOR

                                                                                                           

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

                                                  ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
DAUPHINOT, LIVINGSTON, and MCCOY, JJ.

 

DELIVERED: 
October 9, 2008  











    [1]See
Tex. R. App. P. 47.4.